JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK WILLIAM MURILLO, an Individual; MARK WILLIAM MURILLO REVOCABLE TRUST, a California Revocable Living Trust; NOUS ANNUIT INC., a California Corporation; NOUS ANNUIT LLC, a California Limited Liability Company; ANTHONY E. WELDON, an Individual; THE WELDON TRUST DBA RANCHO MARINA DESERT SHORES, a California Revocable Living Trust; and DOES 1-50, Inclusive,<br><br>Defendants. | Case No.: 2:22-cv-03301-RGK (RAOx)<br><br>(Honorable R. Gary Klausner; Courtroom 850)<br><br>[PROPOSED] ORDER<br><br>Complaint Filed:  May 16, 2022 |

Upon consideration of the Stipulation for Dismissal filed by the parties, it is hereby

ORDERED that this matter is DISMISSED without prejudice; and

IT IS FURTHER ORDERED THAT this stipulation nullifies the purpose and need for the current Pretrial Conference Hearing of July 17, 2023 and the Jury Trial date of August 1, 2023; and

1

1   IT IS FURTHER ORDERED THAT the Pretrial Conference Hearing
2  scheduled for July 17, 2023, and the Jury Trial Date of August 1, 2023, are hereby
3  vacated.  The Clerk shall close this case.
4   IT IS SO ORDERED.

6  Dated: June 2, 2023

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER